PATRICIA L. McCABE, CSBN 156634
KRISTIN E. BERK, CSBN 275840
Law Offices of Patricia L. McCabe
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406-3874
(818) 907-9726; Fax: (818) 907-6384
Email: patricia@mccabedisabilitylaw.com

Attorneys for Plaintiff,
ANNA M. DARLING

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANNA M. DARLING<br>　　　　Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security<br><br>　　　　Defendant. | Case No. 2:20-CV-04270-AS<br><br>[proposed] ORDER FOR AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)<br><br>Judge:  Honorable Alka Sagar |

Based upon the parties' Stipulation for Award of Attorney Fees under The Equal Access to Justice Act (EAJA), IT IS ORDERED that attorney fees be paid to Patricia L. McCabe, Counsel for Plaintiff, in the amount of **$2,753.09**, pursuant to 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date:  June 10, 2021 　　　　　　　 　　　/ s / Sagar　　　　　　　　
　　　　　　　　　　　　　　　　　　　Honorable Alka Sagar
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge